UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN ENELL SCOTT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>P.D. BRAZELTON,<br><br>　　　　　Respondent. | Case No. CV 12-7015 DMG(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (the "Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge.   The Court approves and accepts the United States Magistrate Judge's Report and Recommendation.

　　　IT IS HEREBY ORDERED that the Motion to Dismiss the Petition is granted and that Judgment be entered dismissing the Petition with prejudice as time-barred.

///

///

///

///

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
United States Magistrate Judge's Report and Recommendation, and the Judgment
herein on petitioner and counsel for respondent.

      LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 27, 2013

                                        _____
                                        DOLLY M. GEE
                                        UNITED STATES DISTRICT JUDGE