UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RYAN ENELL SCOTT, | ) | Case No. CV 12-7015 DMG(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| P.D. BRAZELTON, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss the Petition is granted and the Petition for Writ of Habeas Corpus is dismissed with prejudice as time-barred.

DATED: September 27, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE